**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ M.D.C.

05 MAY 25 PM 1:03

Roger R. ~ Trolio
CLERK, U.S. DIST. CT.
W.D. of T., MEMPHIS

UNITED STATES OF AMERICA

v.

KAREY L FRANKLIN                                    No. 05cr20190-1-D

**ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT**

This cause came on for an Arraignment on May 25, 2005  It appears from the record that defense counsel may not have received timely notice and did not appear. The Court reset the Arraignment date to **Wednesday, June 1, 2005 at 9:30 a.m. before Magistrate Judge S. Thomas Anderson** .

It is therefore ORDERED that the time period of 5/25/05 through 6/1/05 is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161 (h)(3)(A).

This 25th day of MAy , 2005.

_S. Thomas Anderson_
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20190 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT