PS 8
(8/88)

FILED BY _____ D.C.

# United States District Court
## for
## Western District of Tennessee

05 SEP 12 PM 5: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Karey Franklin**                                **Docket No. 05-20190 D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Angela K. Yates presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Tu M. Pham sitting in the court at Memphis, on the 15th day of April, 2005, under the following conditions:

1) Report as directed by Pretrial Services.
2) Maintain or actively seek employment.
3) Refrain from use or unlawful possession of any narcotic drug or other controlled substances.
4) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance.
5) Participate in substance counseling or treatment if deemed advisable by Pretrial Services.
6) Maintain a stable residence.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)
**SEE ATTACHMENT**

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant that Karey Franklin may appear and show cause as to why his bond should not be revoked.

BOND RECOMMENDATION:    No Bond / Detention

ORDER OF COURT

Considered and ordered this 12 day of September, 2005 and ordered filed and made a part of the records in the above case.

U.S. ~~District Judge~~/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 9, 2005

Angela K. Yates
U.S. Pretrial Services Officer

Place    Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

FRANKLIN, KAREY
Page 2

1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

On September 8, 2005, the defendant was arrested by the Memphis Police Department and charged with the following offenses: 1) Possession Marijuana with Intent to Man/Del/Sell (f) and 2) Impeding Traffic (m). Mr. Franklin is in custody with a $5,000 bond set and he is scheduled to appear in court on this case on September 16, 2005.

The affidavit of complaint in the above case alleges the following. On September 8, 2005, officers observed a Mercury Sable stopped in the middle of the street with an individual leaning in the window. Traffic was backed up due to the stopped vehicle. The vehicle then left the area at a high rate of speed. When the officers stopped the vehicle, the defendant, who was the driver of the vehicle, became agitated. Officers conducted a safety pat down and recovered sixteen small bags containing a total of 18.3 grams of marijuana.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20190 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT