IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.    Docket No. 2:05CR20190-01

KAREY L. FRANKLIN,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the Court is the defendant's December 12, 2005, Motion to Reset Sentencing Date of Karey L. Franklin, which is presently set for December 14, 2005. For good cause shown, the motion is granted. The sentencing of defendant Karey L. Franklin is reset to _Tuesday, January 24, 2006 at 1:45 P.M._

It is so ORDERED this _13_ day of December, 2005.

*[signature]*

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12/14/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20190 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT